

# MEMORANDUM ENDORSED

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Maxim Maiello**
Assistant Corporation Counsel
Phone: (212) 356-2082
Email: mamaiell@law.nyc.gov

March 10, 2025

<u>VIA ECF</u>

Hon. Gabriel W. Gorenstein
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   AA, by and through her parents BB and CC et al v. City of New York et al
         Case No: 25-cv-00752-DEH-GWG

Dear Judge Gorenstein:

   This office represents Defendants City of New York and New York City Department of Education (together "City Defendants") in the above referenced action, and I write to request an adjournment of the March 18, 2025 11:00 a.m. initial case management conference to March 24, 2025 at 11:00 a.m. We contacted the Deputy Clerk on March 6th and confirmed that alternative date and time's availability through March 10th.

   Two days after the matter was scheduled for an initial case management conference, the matter was internally transferred from the Law Department's Tort Division to its General Litigation Division, and undersigned counsel was assigned (ECF 27, 28). Having been recently transferred and assigned, we require time to review the matter and continue to undertake the appropriate investigation with respect to the allegations, including locating and procuring the relevant documents and witnesses to prepare a proposed scheduling order with the parties.

   We have contacted the Plaintiffs and non-City Defendants, and they have consented to and confirmed availability for the adjournment to March 24, 2025 at 11:00 a.m.. No previous request for an adjournment has been made by City Defendants, and there are no existing deadlines in the case that will be impacted by the requested adjournment. Thank you for your consideration in this matter.

Very truly yours,

*Maxim Maiello*

Maxim Maiello
Assistant Corporation Counsel

Conference adjourned to March 24, 2025, at 11:00 a.m. The same dial-in instructions apply.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 10, 2025