UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AA, BY AND THROUGH HER PARENTS BB
AND CC et al., :

                                                            :     <u>ORDER</u>
               Plaintiffs,                              25 Civ. 752 (DEH) (GWG)
                                                            :

   -v.-

                                                                   :

CITY OF NEW YORK

                                                                  :

               Defendant.                        :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The application to take the deposition of nonparty prisoner Miles McNeal a.k.a. Myles McNeal is granted pursuant to Fed. R. Civ. P. 30(a)(2)(B).

      SO ORDERED.

Dated: September 11, 2025
       New York, New York

                                             _____
                                             GABRIEL W. GORENSTEIN
                                             United States Magistrate Judge