UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AA, BY AND THROUGH HER PARENTS BB
AND CC et al., :

                                          Plaintiffs,           :        <u>ORDER</u>
                                                                            25 Civ. 752 (DEH) (GWG)
                                                                              :

     -v.-

                                                                              :
CITY OF NEW YORK,
                                                                              :

                                  Defendant.          :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      For the reasons stated today on the record, the motion to compel the production documents withheld by the Special Commissioner on Investigations for the New York City School District (Docket # 70) on the basis of law enforcement privilege is granted.

      SO ORDERED.

Dated: September 26, 2025
          New York, New York

                                                                       _____
                                                                           GABRIEL W. GORENSTEIN
                                                                           United States Magistrate Judge