UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AA, BY AND THROUGH HER PARENTS BB
AND CC et al.,                                         :

                                                        :    ORDER
                Plaintiffs,                                     25 Civ. 752 (DEH) (GWG)
                                                        :

    -v.-
                                                        :
CITY OF NEW YORK,
                                                        :

                Defendant.                                   :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Plaintiffs have leave to file a letter in reply to Docket #87 on or before October 24, 2025.

      SO ORDERED.

Dated: October 17, 2025
       New York, New York

                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge