UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
AA, by and through her parents BB and CC; BB;
CC et al.,                                          :
                        Plaintiffs,                                    ORDER
                                                    :
            -v.-
                                                    :     25 Civ. 752 (DEH) (GWG)

CITY OF NEW YORK et al.,                            :

                        Defendants.                 :
-------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

        A conference to discuss the discovery dispute raised in Docket # 86 will take place on
Friday, October 31, 2025, at 11:30 a.m. in Courtroom 519, United States Courthouse, 40 Centre
Street, New York, New York.    It is the Court's intention to decide the dispute based on the
parties' letters unless a party files a letter in advance of the conference showing good cause why
formal briefing should be required.

        This is the only matter scheduled for this date and time.    Please be sure to arrive
sufficiently in advance so that the conference may begin on time.

        Each attorney is directed to ensure that all other attorneys are aware of the conference
date and time.    In addition, any requests for an adjournment must be made in compliance with
paragraph 1.F of Judge Gorenstein's Individual Practices (available at:
http://nysd.uscourts.gov/judge/Gorenstein).

        Finally, to assist the parties in preparing for the conference, the Court notes that in this
instance, it will follow the decision in Bethea v. City of New York, 2017 WL 979030, at *2
(E.D.N.Y. Mar. 13, 2017), and will not require plaintiffs to make an application in State Court to
unseal the materials.    That being said, the Court needs to ensure that responding to the subpoena
is not unduly burdensome and thus the parties are directed to consult again in an attempt to come
up with categories of documents that would not be burdensome to produce.    (The video of the
plaintiff is an obvious such category.)    The Court's directive means that the Assistant District
Attorney needs to quickly get up to speed as to the types of documents in the D.A.'s file.    If the
parties can agree on such categories, the Court will then perform the analysis required by case
law to see if they should be produced in accordance with Douglas Oil Co. v.. Petrol Stops
Northwest, 441 U.S. 211 (1979), and the law of privilege.

        SO ORDERED.

Dated: October 24, 2025
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge