UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :
AA, by and through her parents BB and CC; BB;
CC et al.,                                          :
                          Plaintiffs,                            ORDER
                                                    :
            -v.-
                                                    :         25 Civ. 752 (DEH) (GWG)

CITY OF NEW YORK et al.,                            :

                          Defendants.               :
-----------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

        Defendants have failed either to respond to the discovery application in Docket # 97 by
the deadline provided in paragraph 2.A of the Court's Individual Practices or to seek an
extension of that deadline.   Defendants are directed to rectify this failure by November 26,
2025.

        SO ORDERED.

Dated:  November 25, 2025
        New York, New York

                                          _____
                                          GABRIEL W. GORENSTEIN
                                          United States Magistrate Judge