# MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

www.moodklaw.com

WESTCHESTER COUNTY OFFICE
*580 White Plains Road*
*Suite 620*
*Tarrytown, NY 10591*
*(914) 345-3701 Fax: (914) 345-3743*

*Fran L. Rudich*
Member NY Bar
(914) 593-7312
FRudich@moodklaw.com

February 26, 2026

**VIA ECF**

MEMORANDUM ENDORSED

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
U.S. District Court, Southern District of New York
40 Foley Square
New York, New York 10007

Re:     **AA, et al v. City of New York, et al**
        Docket No.: 25-cv-00752
        Our File No.: 1913.117485

Dear Judge Gorenstein:

As the Court is aware, this office represents defendants The City of New York and the New York City Department of Education.

This office writes to respectfully apologize to the Court for inadvertently filing Defendants' Motion for Summary Judgment and accompanying exhibits (ECF No. 128, Exhibits 1–17) on the public docket without filing the materials under seal, as required pursuant to the Protective Order entered in this matter.

The filing included materials designated confidential under the Protective Order. The failure to file the submission under seal was inadvertent and resulted from an oversight during the ECF filing process. Upon learning of the issue, the undersigned immediately conferred with Attorney Services, and this morning a temporary seal was placed on ECF No. 128, Exhibit 16.

Defendants respectfully request that the Court maintain the seal over ECF No. 128 and allow the removal of the publicly filed version of the entire Motion from the docket to ensure continued compliance with the Protective Order.

Defendants take their obligations under the Protective Order and this Court's Rules seriously. Internal procedures have been reviewed to ensure that future filings containing confidential material are properly submitted in accordance with SDNY sealing protocols.

| Philadelphia | Cherry Hill | Wilmington | Towson | New York | Pittsburgh |
|---|---|---|---|---|---|
| Pennsylvania | New Jersey | Delaware | Maryland | New York | Pennsylvania |

**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C**.
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
February 26, 2026
Page 2

      Counsel sincerely regrets the oversight and any inconvenience to the Court and Plaintiff's counsel.

                              Respectfully submitted,

                              **MARKS, O'NEILL, O'BRIEN,**
                              **DOHERTY & KELLY, P.C.**

                              Fran L. Rudich

FLR:jg

Cc: All Counsel of Record (via ECF)

Defendant shall forthwith publicly refile its summary judgment motion with all appropriate redactions. Docket # 128 shall remain under seal because it contains material that must be sealed as stated in Docket # 130.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
February 26, 2026

4910-2634-1522, v. 1