UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AA, by and through her parents BB and CC; BB; CC; DD, by and through her parents EE and FF; EE; FF,

Plaintiffs,

-against-

CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF EDUCATION; MOSHOLU MONTEFIORE COMMUNITY CENTER; CHILD DEVELOPMENT CENTER OF MOSHOLU MONTEFIORE COMMUNITY CENTER,

Defendants.

Case No. 1:25-cv-00752-DEH-GWG

**DECLARATION OF LAURA S. KOKOTAILO IN OPPOSITION TO CITY DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Laura S. Kokotailo, an attorney duly admitted to practice in the Southern District of New York, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an associate at the firm of Emery Celli Brinckerhoff Abady Ward & Maazel, LLP, counsel for Plaintiffs AA, BB, CC, DD, EE, and FF in the above captioned case. I submit this affirmation in opposition to City Defendants' Motion for Partial Summary Judgement.

2. We submit the accompanying exhibits with the exhibit numbers assigned to them as deposition exhibits in this case, rather than renumbering them for the purposes of our opposition. In doing so, we seek to avoid confusion for the Court and the parties. This way, the exhibits bear the same numbering as they do in the deposition transcripts. Exhibits 213 through 242 are new exhibits created for this filing, which were not marked in depositions. Exhibits 243 through 247 are excerpts of previously marked deposition exhibits, as indicated below.

3. Attached as Exhibit 9 is a true and accurate copy of a March 20, 2023 DOE Online Occurrence Reporting System ("OORS") report.

4. Attached as Exhibit 16 is a true and accurate copy of Beacon@185's Fiscal Year 2022 Workscope Report.

5. Attached as Exhibit 17 is a true and accurate copy of the DYCD School Year Program Operation Guide.

6. Attached as Exhibit 19 is a true and accurate copy of a blank DYCD Universal Participant Intake Form.

7. Attached as Exhibit 20 is a true and accurate copy of DYCD Evaluation and Monitoring System (EMS) training slides.

8. Attached as Exhibit 21 is a true and accurate copy of emails between Porscha McNeill and DYCD Program Manager Nicole Manning from October 27, 2023 through October 28, 2023.

9. Attached as Exhibit 24 is a true and accurate copy of minutes for a leadership meeting between P.S. 185 Principal Andrea Woodhouse Spence, P.S. 185 Assistant Principal Meredith Flynn, and Porscha McNeill, dated March 29, 2023.

10. Attached as Exhibit 25 is a true and accurate copy of DOE Chancellor's Regulation numbered D-180, issued December 22, 2022.

11. Attached as Exhibit 26 is a true and accurate copy of the DOE and DYCD 2023 Summer Rising Operations Guidebook, dated July 25, 2023.

12. Attached as Exhibit 29 is a true and accurate copy of DYCD's DYCD Connect Incident Reports Guide.

13. Attached as Exhibit 31 is a true and accurate copy of a DYCD incident report, dated December 6, 2023.

14. Attached as Exhibit 36 is a true and accurate copy of the Beacon@185 schedule for the 2022-2023 school year.

15. Attached as Exhibit 39 is a true and accurate copy of the email from Rita Santelia to MMCC board members, dated February 6, 2024.

16. Attached as Exhibit 65 is a true and accurate certified copy of a transcript of the town hall meeting held at P.S. 185 on February 8, 2024.

17. Attached as Exhibit 75 is a true and accurate copy of an email from Porscha McNeill to AP Flynn, Principal Spence, and Shavajah Ward, dated March 21, 2023.

18. Attached as Exhibit 78 is a true and accurate copy of an email from Porscha McNeill to Miles McNeal, dated November 21, 2023.

19. Attached as Exhibit 81 is a true and accurate copy of emails between Plaintiff, FF and Porscha McNeill, Principal Spence, and Monica Vargas, dated November 20, 2023 through November 21, 2023.

20. Attached as Exhibit 85 is a true and accurate copy of a slide deck from DYCD Workscope Program Design Workshop training, dated March 28, 2023.

21. Attached as Exhibit 87 is a true and accurate copy of DYCD Beacon Workscope Program Policy & Guidelines for fiscal year 2024.

22. Attached as Exhibit 91 is a true and accurate copy of the DYCD Social Media Policy for DYCD Providers, dated April 2018.

23. Attached as Exhibit 95 is a true and accurate copy of the DYCD Community Centers Site Visit Protocol manual for fiscal year 2023.

24. Attached as Exhibit 96 is a true and accurate copy of the DYCD site visit rubric.

25. Attached as Exhibit 98 is a true and accurate copy of an email from DYCD program manager Sherrie Young to Nicole Manning, dated October 31, 2023, attaching the EMT Language Guide.

26. Attached as Exhibit 99 is a true and accurate copy of the DYCD Connect Evaluation & Monitoring System Overview manual.

27. Attached as Exhibit 101 is a true and accurate copy of Nicole Manning's site evaluation of Beacon@185, dated April 17, 2023.

28. Attached as Exhibit 102 is a true and accurate copy of Nicole Manning's site evaluation of Beacon@185, dated July 25, 2023.

29. Attached as Exhibit 103 is a true and accurate copy of Nicole Manning's site evaluation of Beacon@185, dated October 27, 2023.

30. Attached as Exhibit 116 is a true and accurate copy of an email from Monica Vargas to P.S. 185 parents, dated April 27, 2021.

31. Attached as Exhibit 117 is a true and accurate copy of emails between Monica Vargas and Krystal Martinez, dated July 2, 2021.

32. Attached as Exhibit 121 is a true and accurate copy of an email from Monica Vargas to Porscha McNeill, dated August 25, 2023.

33. Attached as Exhibit 123 is a true and accurate copy of an email from Monica Vargas to Principal Spence, dated August 24, 2021.

34. Attached as Exhibit 124 is a true and accurate copy of an email from Monica Vargas to Porscha McNeill, dated August 24, 2021.

35. Attached as Exhibit 126 is a true and accurate copy of an email from Monica Vargas to Porscha McNeill, dated August 24, 2021.

36. Attached as Exhibit 129 is a true and accurate copy of a certificate from Miles McNeal to Plaintiff, AA.

37. Attached as Exhibit 130 is a true and accurate copy of emails between Plaintiffs EE, FF, and Porscha McNeill (cc: Principal Spence, Monica Vargas, and Shavajah Ward) from November 20, 2023 through November 27, 2023.

38. Attached as Exhibit 132 is a true and accurate copy of a February 5, 2024 letter from Kamar Samuels to Monica Vargas.

39. Attached as Exhibit 143 is a true and accurate copy of DOE Chancellor's Regulation A-750 issued September 28, 2017.

40. Attached as Exhibit 146 is a true and accurate copy of a letter from Kamar Samuels to P.S. 185 families, dated February 6, 2024.

41. Attached as Exhibit 156 is a true and accurate copy of a letter from DYCD Commissioner Keith Howard to MMCC CEO Rita Santelia, dated February 16, 2024.

42. Attached as Exhibit 160 is a true and accurate copy of a screenshot of file folders used for employee personnel files at Beacon@185.

43. Attached as Exhibit 162 is a true and accurate copy of minutes for a leadership meeting between P.S. 185 Principal Spence, AP Flynn, and Porscha McNeill, dated March 27, 2023.

44. Attached as Exhibit 163 is a true and accurate copy of emails between Principal Spence, Porscha McNeill, and Krista Maitland, dated October 12, 2022 through October 13, 2022.

45. Attached as Exhibit 171 is a true and accurate copy of DOE's Guide to School and Community Based Organization K-12 Afterschool Program Partnerships.

46. Attached as Exhibit 176 is a true and accurate copy of DOE Chancellor's Regulation A-412, issued on December 21, 2023.

47. Attached as Exhibit 177 is a true and accurate copy of DOE Chancellor's Regulation A-412, issued on September 21, 2023.

48. Attached as Exhibit 178 is a true and accurate copy of DOE Chancellor's Regulation A-412, issued on November 8, 2006.

49. Attached as Exhibit 179 is a true and accurate copy of the DOE Safety Resource Guide.

50. Attached as Exhibit 182 is a true and accurate copy of emails between Principal Spence and Special Commissioner of Investigation ("SCI") personnel, dated December 6, 2023 through December 8, 2023.

51. Attached as Exhibit 183 is a true and accurate copy of an email complaint to SCI from DOE Family Support Coordinator Patricia Lysius and emails between Lysius and SCI, dated January 16, 2024.

52. Attached as Exhibit 187 is a true and accurate copy of emails between Plaintiffs EE, FF and DOE personnel, dated January 30, 2024 through February 2, 2024.

53. Attached as Exhibit 189 is a true and accurate copy of a reassignment letter from Katherine Rodi to Principal Spence, dated February 5, 2024.

54. Attached as Exhibit 192 is a true and accurate copy of an email from Porscha McNeill to Principal Spence and AP Flynn, dated February 2, 2024.

55. Attached as Exhibit 213 is a true and accurate copy of a transcript of Miles McNeal's guilty plea, dated August 4, 2025.

56. Attached as Exhibit 214 is a true and accurate copy of a transcript of Miles McNeal's sentencing, dated September 16, 2025.

57. Attached as Exhibit 215 is a true and accurate copy of the Beacon@185 student roster for the 2022-23 school year.

58. Attached as Exhibit 216 is a true and accurate copy of photographs of the physical file folders for MMCC personnel, inspected by Plaintiffs' counsel at the Manhattan District Attorney's Office.

59. Attached as Exhibit 217 is a true and accurate copy of DOE guidance regarding OORS incident codes.

60. Attached as Exhibit 218 is a true and accurate copy of Daily News article "Harlem public school part-timer charged with sexually abusing, photographing girl, 8," dated February 3, 2024.

61. Attached as Exhibit 219 is a true and accurate copy of ABC 7 New York article "After-school employee in Harlem accused of sexually abusing 8-year-old student," dated February 20, 2024.

62. Attached as Exhibit 220 is a true and accurate copy of amNewYork news article "Harlem afterschool teacher indicted in heinous sexual abuse case involving 8-year-old girl," dated February 20, 2024.

63. Attached as Exhibit 221 is a true and accurate copy of a Manhattan District Attorney's Office press release regarding the indictment of Miles McNeal, dated February 20, 2024.

64. Attached as Exhibit 222 is a true and accurate copy of images of interior hallways at P.S. 185, taken on the parties' inspection of the premises.

65. Attached as Exhibit 223 is a true and accurate copy of excerpts of the deposition testimony of Plaintiff BB.

66. Attached as Exhibit 224 is a true and accurate copy of excerpts of the deposition testimony of Plaintiff CC.

67. Attached as Exhibit 225 is a true and accurate copy of excerpts of the deposition testimony of Plaintiff EE.

68. Attached as Exhibit 226 is a true and accurate copy of excerpts of the deposition testimony of Plaintiff FF.

69. Attached as Exhibit 227 is a true and accurate copy of excerpts of the deposition testimony of Principal Andrea Woodhouse-Spence (Principal Spence).

70. Attached as Exhibit 228 is a true and accurate copy of excerpts of the deposition testimony of Kamar Samuels, testifying on behalf of DOE in a 30(b)(6) deposition.

71. Attached as Exhibit 229 is a true and accurate copy of excerpts of the deposition testimony of Porscha McNeill.

72. Attached as Exhibit 230 is a true and accurate copy of excerpts of the deposition testimony of Assistant Principal Meredith Flynn (AP Flynn).

73. Attached as Exhibit 231 is a true and accurate copy of excerpts of the deposition testimony of Monica Vargas a.k.a. Monika Vargas.

74. Attached as Exhibit 232 is a true and accurate copy of excerpts of the deposition testimony of Miles McNeal a.k.a. Myles McNeal.

75. Attached as Exhibit 233 is a true and accurate copy of excerpts of the deposition testimony of Shavajah Ward.

76. Attached as Exhibit 234 is a true and accurate copy of excerpts of the deposition testimony of Brianna Barrett.

77. Attached as Exhibit 235 is a true and accurate copy of excerpts of the deposition testimony of Shakia Cedeno.

78. Attached as Exhibit 236 is a true and accurate copy of excerpts of the deposition testimony of Daniel Lawrence.

79. Attached as Exhibit 237 is a true and accurate copy of excerpts of the deposition testimony of Amaiya Davis.

80. Attached as Exhibit 238 is a true and accurate copy of excerpts of the deposition testimony of Susan Haskell, testifying on behalf of DYCD in a 30(b)(6) deposition.

81. Attached as Exhibit 239 is a true and accurate copy of excerpts of the deposition testimony of Tashan Dawkins, testifying on behalf of MMCC in a 30(b)(6) deposition.

82. Attached as Exhibit 240 is a true and accurate copy of excerpts of the deposition testimony of Nicole Manning.

83. Attached as Exhibit 241 is a true and accurate copy of excerpts of the deposition testimony of Roy Esnard.

84. Attached as Exhibit 242 is a true and accurate copy of excerpts of the deposition testimony of Monica Niemes.

85. Attached as Exhibit 243 is a true and accurate copy of excerpts of deposition Exhibit 38, consisting of emails between Roy Esnard, MMCC's Chief Executive Officer Rita

Santelia, and DYCD Assistant Commissioner for Community Centers Wanda Ascherl, dated February 5, 2024 through February 6, 2024.

86. Attached as Exhibit 244 is a true and accurate copy of excerpts of deposition Exhibit 46, consisting of excerpts from Miles McNeal a.k.a. Myles McNeal's staff file.

87. Attached as Exhibit 245 is a true and accurate copy of excerpts of deposition Exhibit 76, consisting of an email from Porscha McNeill to Nicole Manning, dated June 2, 2023, and attachments to the same.

88. Attached as Exhibit 246 is a true and accurate copy of excerpts of deposition Exhibit 114, consisting of emails between Monica Vargas and a Beacon participant's parent, dated August 23, 2022.

89. Attached as Exhibit 247 is a true and accurate copy of excerpts of deposition Exhibit 118, consisting of emails between Porscha McNeill and a P.S. 185 parent, dated July 4, 2022 and July 5, 2022.

90. Attached as Exhibit 248 is a true and accurate copy of excerpts of deposition Exhibit 12, consisting of the 2021-2022 P.S. 185 Locke School of Arts and Engineering Staff Handbook.

91. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 16, 2026
New York, New York

*/s/Laura S. Kokotailo*
Laura S. Kokotailo
*Attorney for Plaintiffs*