# Exhibit 9

NYC Public Schools
Research and Resource Center, Office of Safety and Youth Development
Mark Rampersant, Chief of Safety
OSYDDATA@schools.nyc.gov

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# OCCURRENCE REPORT

| DOE CONTROL NO | NYPD CONTROL NO |
|---|---|
| **03M185-032023-0092** | **none supplied** |

| ATS CODE | SCHOOL AND/OR PROGRAM NAME/NUMBER | | | INCIDENT DATE AND TIME | DURING SCHOOL HOURS |
|---|---|---|---|---|---|
| **03M185** | **The Locke School of Arts and Engineering** | | | **3/20/2023 4:00 PM** | **No** |
| REPORT | BOROUGH | SUPERINTENDENCY | Geographical District ID | IS THIS REPORT FOR INFORMATION ONLY | |
| **Original** | **Manhattan** | **105** | **3** | | |

**Occurrence Reported by:** Meredith Flynn - PII

**Occurrence Data Entered at :** 3/21/2023 3:16 PM

**Location of the Occurrence :** Classroom - Room - Floor 3 (Room 362)

**Category :** N18

**Contacts :**

**Bias Related :** No

**Web Reference Number(s) :**

---

**Description of the occurrence :** A verbal report was given to me, Meredith Flynn, Assistant Principal, by Monica Niemes, 4th grade teacher. She stated that she entered her classroom after the professional learning time at round 4:00 pm. She stated that she witnessed a Beacon CBO staff member in the room with a female second grade student. The student was sitting on the staff member's lap. Immediately following the report by Ms. Niemes, I reported to the Beacon CBO director, Porscha McNeill. Ms. McNeill immediately went to the room where the reported incident occurred. On the morning of 3/21/23 at approximately 11:00 am, Ms. McNeill reported to me that after we spoke, she asked the staff member, Myles McNeal, to step out of the room. She relocated the students and suspended Mr. McNeal. She also stated that she spoke to the parent of the student.

## Person Involved - Accused

McNeal, Myles

Address: PII

## Victim DD

DD - GradeLevel: 02

Address: PII

**Witness**

Niemes, Monica

Phone: PII